# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re: | Case No:   14-33660 |
| Louis Butler | |
| Artie Mae Butler | Chapter 13 |
| *Debtors* | Judge Humphrey |

## MOTION FOR MODIFICATION OF PLAN

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief without further hearing or notice.

The debtors move to modify the plan.  A plan has been confirmed.

Date petition filed:  10/14/2014      Date of last modification: n/a

Date plan confirmed:  01/02/2015    Date last modification confirmed: n/a

   Monthly Plan Payments:  Current: $847.00     Proposed: $755.00

   If the plan changes the monthly payments, amended Schedules I and J are attached.

Percent to Unsecured Creditors:   Current: 1%        Proposed: 0%

Length of Plan (months):    Current:  60             Proposed:  60

Proposed Effective Date: when approved

Reason for the modification, including any changes in circumstances since last plan:

   Debtors' budget is strained and Debtors are facing a potential loss of income in the near future. Wage earner is 70 and continued employment at the current level is not possible.

Counsel may make separate application for additional attorney fees as provided by LBR 2016-1.

                                                          Respectfully Submitted,

                                                          /s/ Richard E. West, Esq.
                                                          Richard E. West, Esq.
                                                          Attorney for Debtor
                                                          Ohio Bar No. 0033319
                                                          rew@debtfreeohio.com
                                                          195 East Central Avenue
                                                          Springboro, Ohio  45066
                                                          Phone:  937-748-1749
                                                          Fax:  937-748-9552

                                                          NOTICE

The above-captioned Debtor has filed papers with the Court to modify the plan.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in the Motion, then on or before **twenty-one (21) days from the date set forth in the CERTIFICATE OF SERVICE for the Motion**, you must file with the Court a Response explaining your position by mailing your Response by regular U.S. Mail to:  **U.S. Bankruptcy Court, 120 West Third Street, Suite 100, Dayton, Ohio 45402**.  Alternatively, your attorney must file a response using the court's ECF System.

The court must **receive** your Response on or before the above deadline.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 45202
Jeffrey Kellner, Chapter 13 Trustee, 131 North Ludlow Street, Suite 900, Dayton, Ohio 45402
Richard E. West, 195 East Central Avenue, Springboro, Ohio 45066
Louis Darnel and Artie Mae Butler, Post Office Box 3624, Dayton OH 45401


      If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief without further hearing or notice.

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on **December 14, 2015** a copy of the forgoing **MOTION FOR MODIFICATION OF PLAN** was served upon the following registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the Court:

- Asst US Trustee (Day)   USTPRegion09.CB.ECF@usdoj.gov
- Adam Bradley Hall    amps@manleydeas.com
- Jeffrey M Kellner    ecfclerk@dayton13.com, onelook@dayton13.com
- Raymond J Pikna    rjpikna@woodlamping.com, jlhamilton@woodlamping.com

and on the following by **ordinary U.S. Mail** addressed to:

Louis Darnel and Artie Mae
Post Office Box 3624
Dayton OH 45401

All Creditors on the attached Creditor Matrix.

                                                                        /s/ Richard E. West, Esq.
                                                                        Richard E. West, Esq.

```
Label Matrix for local noticing          Capital One Auto Finance                 Emergency Professional Services, Inc
0648-3                                   c/o Ascension Capital Group              PO Box 1109
Case 3:14-bk-33660                       PO Box 201347                            Minneapolis, MN 55440-1109
Southern District of Ohio                Arlington, TX 76006-1347
Dayton
Thu Dec 10 09:14:36 EST 2015

Ohio Department of Taxation              AT & T U Verse                           Acs/dept Of Ed
150 East Gay Street, 21st Floor          PO Box 6414                              C/o Acs
Columbus, OH 43215-3191                  Carol Stream, IL 60197-6414              Utica, NY 13501


Alliance One                             American General Financial/Springleaf Fi American InfoSource LP as agent for
Attn: Bankruptcy                         Springleaf Financial/Attn: Bankruptcy De DIRECTV LLC
Po Box 2449                              Po Box 3252                              PO Box 51178
Gig Harbor, WA 98335-4449                Evansville, IN 47731-3252                Los Angeles CA  900515478


American InfoSource LP as agent for      Asst US Trustee (Day)                    Cap One
T MobileTMobile USA Inc                  Office of the US Trustee                 Po Box 30253
PO Box 248848                            170 North High Street                    Salt Lake City, UT 84130-0253
Oklahoma City OK  731248848              Suite 200
                                         Columbus, OH 43215-2417


Capital 1 Bank                           Capital One Auto Finance                 Capital One Auto Finance, c/o Ascension Capi
Attn: General Correspondence             3905 N Dallas Pkwy                       P.O. Box 201347
Po Box 30285                             Plano, TX 75093-7892                     Arlington, TX 76006-1347
Salt Lake City, UT 84130-0285


Ccrservices                              Ccs/first Savings Bank                   Chase
P O Box 32299                            500 East 60th St N                       Po Box 24696
Columbus, OH 43232-0299                  Sioux Falls, SD 57104-0478               Columbus, OH 43224-0696


Check Into Cash                          Check n Go                               Checksmart
3283 West Siebenthalec Ave               4141 N Main St                           5521 Salem Ave.
Dayton, OH 45406-1825                    Dayton, OH 45405-1622                    Dayton, OH 45426-1451


Comenity Bank/OneStopPlus.com            Comenity Bank/Roamans                    Comenity Bank/Woman Within
Attention: Bankruptcy                    Attn: Bankruptcy                         Attention: Bankruptcy
Po Box 182686                            P.O. Box 182686                          Po Box 182686
Columbus, OH 43218-2686                  Columbus, OH 43218-2686                  Columbus, OH 43218-2686


Comenity Bank/jssclndn                   Consumer Portfolio Svc                   Credit One Bank
Po Box 182789                            Attn:Bankruptcy                          Po Box 98873
Columbus, OH 43218-2789                  19500 Jamboree Rd                        Las Vegas, NV 89193-8873
                                         Irvine, CA 92612-2401


(p)INTERNAL REVENUE SERVICE              (p)DIRECTV LLC                           EMERGENCY PROF SVCS, INC.
CENTRALIZED INSOLVENCY OPERATIONS        ATTN BANKRUPTCIES                        PO Box 1109
PO BOX 7346                              PO BOX 6550                              Minneapolis MN  55440-1109
PHILADELPHIA PA 19101-7346               GREENWOOD VILLAGE CO 80155-6550
```

| | | |
|---|---|---|
| Emergency Prof Services, Inc.<br>Billing Center<br>PO Box 740021<br>Cincinnati, OH 45274-0021 | Equifax<br>Dispute Resolution Dept<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>Legal Department Supervisor<br>PO Box 2002<br>Allen, TX 75013-2002 |
| FNCC/Legacy Visa<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117-5097 | Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | Fed Loan Serv<br>Po Box 69184<br>Harrisburg, PA 17106-9184 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Fsb Blaze<br>500 E. 60th Street<br>Sioux Falls, SD 57104-0478 | GLOBAL PAYMENTS INC<br>PO BOX 661158<br>CHICAGO IL 60666-1158 |
| GRANITE STATE MANAGEMENT & RESOURCES<br>THE DEPARMENT OF EDUCATION<br>PO BOX 3420<br>CONCORD NH 03302-3420 | Global Payment Check<br>PO Box 661158<br>Chicago, IL 60666-1158 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| Greater Cincinnati Credit Union<br>2721 Central Pkwy<br>Cincinnati, OH 45225-2350 | JP Morgan Chase Bank<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Locate Services LLC<br>PO Box 307167<br>Gahanna, OH 43230-7167 | NCP Finance Ohio LLC<br>205 Sugar Camp Circle<br>Dept CNG<br>Dayton, OH 45409-1970 |
| National Auto Finance<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | Ndc Ck Svc<br>Po Box 661158<br>Chicago, IL 60666-1158 | Nhhelc/gsm&r<br>Po Box 3420<br>Concord, NH 03302-3420 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ohio Income Tax<br>PO Box 182131<br>Columbus, OH 43218-2131 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | Premier Health<br>Good Samaritan Hospital<br>PO Bo 183132<br>Columbus, OH 43218-3132 | Premier Health<br>Miami Valley Hospital<br>PO Box 932715<br>Cleveland, OH 44193-0015 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Receivables Performanc<br>20816 44th Ave Wes<br>Lynnwood, WA 98036-7744 | Security Nat Auto Acce<br>6951 Cintas Blvd<br>Mason, OH 45040-8923 |

```
Social Security Administration          (p)SPRINGLEAF FINANCIAL SERVICES        TD BANK USA, N.A.
Great Lakes Program Service Center      P O BOX 3251                            C O WEINSTEIN AND RILEY, PS
600 West Madison                        EVANSVILLE IN 47731-3251                2001 WESTERN AVENUE, STE 400
Chicago, IL 60661-2406                                                          SEATTLE, WA 98121-3132


Td Bank Usa/targetcred                  The Ohio Bell Telephone Company         TransUnion
3701 Wayzata Blvd                       % AT&T Services, Inc                    Dispute Resolution Center
Minneapolis, MN 55416-3401              Karen Cavagnaro, Paralegal              PO Box 2000
                                        One AT&T Way, Room 3A104                Chester, PA 19016-2000
                                        Bedminster, NJ 07921-2693


U.S. Department of Education            US ATTORNEY OFFICE                      Us Dept Of Education
C/O FedLoan Servicing                   200 W SECOND ST #602                    Attn: Bankruptcy
P.O. Box 69184                          DAYTON OH 45402-1480                    Po Box 16448
Harrisburg PA 17106-9184                                                        Saint Paul, MN 55116-0448


Wells Fargo Bank, N.A.                  (p)WELLS FARGO BANK NA                  World Financial Network National Bank
One Home Campus                         WELLS FARGO HOME MORTGAGE AMERICAS SERVICING   Wfnnb
Attention: Payment Processing MAC #     ATTN BANKRUPTCY DEPT MAC X7801-014      Po Box 182686
Des Moines IA 50328-0001                3476 STATEVIEW BLVD                     Columbus, OH 43218-2686
                                        FORT MILL SC 29715-7203


(p)WRIGHT PATT CREDIT UNION             Artie Mae Butler                        Jeffrey M Kellner
3560 PENTAGON BLVD                      2374 Rustic Road                        131 N Ludlow St
BEAVERCREEK OH 45431-1706               Dayton, OH 45406-2136                   Suite 900
                                                                                Dayton, OH 45402-1161


Louis Darnel Butler                     Richard E West
2374 Rustic Road                        195 E Central Avenue
Dayton, OH 45406-2136                   PO Box 938
                                        Springboro, OH 45066-0938
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department of Treasury                  Direct TV                               Jefferson Capital Systems
Internal Revenue Services               PO Box 6414                             16 Mcleland Rd
PO Box 802501                           Carol Stream, IL 60197-6414             Saint Cloud, MN 56303
Cincinnati, OH 45280


(d)Jefferson Capital Systems LLC        Portfolio Recovery Associates, LLC      Springleaf Financial
Po Box 7999                             POB 41067                               Po Box 3251
Saint Cloud Mn 56302-9617               Norfolk VA 23541                        Evansville, IN 47731


(d)Springleaf Financial Services        Wells Fargo Hm Mortgag                  (d)Wells Fargo Home Mortgage
P.O. Box 3251                           8480 Stagecoach Cir                     8480 Stagecoach Cir
Evansville, IN 47731-3251               Frederick, MD 21701                     Frederick, MD 21701
```

Wright Patterson Crdt
Po Box 286
Fairborn, OH 45324

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.                     End of Label Matrix
                                              Mailable recipients    76
                                              Bypassed recipients     1
                                              Total                  77

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Louis Darnel Butler |
| Debtor 2 (Spouse, if filing) | Artie Mae Butler |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | 3:14-bk-33660 |

Check if this is:

☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☒ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | Retired | Client Advocate |
| Employer's name | | St Vincent DePaul Gateway Shelters |
| Employer's address | | 1133 Edwin C Moses Blvd Ste 300<br>Dayton, OH 45402 |
| How long employed there? | | 4 yr 6 mo |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 1,936.13 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 0.00 | $ 1,936.13 |

Official Form 106I                                    **Schedule I: Your Income**                                    page 1

Debtor 1 **Louis Darnel Butler**
Debtor 2 **Artie Mae Butler**                                  Case number (*if known*)  **3:14-bk-33660**

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 0.00 | $ 1,936.13 |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 0.00 | $ 219.35 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. $ | 0.00 | $ 329.59 |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. $ | 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: **life insurance** | 5h.+ $ | 0.00 + | $ 50.70 |
|  | **dental insurance** |  | $ 0.00 | $ 49.92 |
|  | **HSA** |  | $ 0.00 | $ 43.33 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 0.00 | $ 692.89 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ | 0.00 | $ 1,243.24 |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. $ | 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. $ | 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. $ | 410.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **SS income for son** | 8f. $ | 211.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. $ | 1,356.19 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ $ | 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 1,977.19 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ | 1,977.19 + $ 1,243.24 = | $ 3,220.43 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____       11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                                                                               12. $ **3,220.43**
                                                                                                                                                              **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:  **Debtors anticipate no changes in income over next 12 months.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Louis Darnel Butler |
| Debtor 2 (Spouse, if filing) | Artie Mae Butler |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | 3:14-bk-33660 |

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☒ Yes. **Does Debtor 2 live in a separate household?**

       ☒ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.   ☒ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 16 | ☐ No ☒ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ☒ No  ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4. $ **800.00**

   **If not included in line 4:**

   4a. Real estate taxes      4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance      4b. $ **0.00**
   4c. Home maintenance, repair, and upkeep expenses      4c. $ **0.00**
   4d. Homeowner's association or condominium dues      4d. $ **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans      5. $ **0.00**

| Debtor 1 | **Louis Darnel Butler** |
|---|---|
| Debtor 2 | **Artie Mae Butler** |

Case number (if known) **3:14-bk-33660**

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **200.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **50.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **143.00**
   - 6d. Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **450.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **75.00**
10. **Personal care products and services** — 10. $ **40.00**
11. **Medical and dental expenses** — 11. $ **72.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **200.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**
14. **Charitable contributions and religious donations** — 14. $ **300.00**
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **0.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **135.00**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ **0.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
    - 17c. Other. Specify: — 17c. $ **0.00**
    - 17d. Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ **2,465.00**
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ **2,465.00**

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **3,220.43**
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ **2,465.00**
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ **755.43**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ☐ No.
    - ■ Yes. Explain here: **Debtors anticipate a monthly rental expense due to surrendering real estate. This estimated amount is listed on line 4 of this schedule.**